# CRIMINAL DOCKET - U.S. District Court

**FORM AO-256 REV. 1-82**

PO ☒ 97X 4 7X07 Assigned / Disp./Sentence
Misd. ☐
Felony ☐ District Off Judge/Magistr.
☐ WRIT  ☒ N JUVENILE  ☒ N ALIAS
U.S. VS. (LAST, FIRST, MIDDLE): **CURTIS, EARLE A.**

Case Filed: Mo. 04  Day 27  Yr. 83  Docket No. 00016  Def. 1

INDEXED

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18: 13 & A.S. 28.35.045(a) | NEGLIGENT DRIVING | I |
| 18: 13 & A.S. 28.35.230, 13AAC 02.530(a) | LITTERING | II |

CAN 500

CASE CLOSED
CASE CLOSED

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: arrest / sum'ns / custody / appears—on complaint
END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE — APPLICABLE: Indictment filed/unsealed / consent to Magr. trial on complaint / Information / Felony-W/waiver
KEY DATE — LATEST OF: 1st appears on pending charge /R40 / Receive file R20/21 / Supsdg: Ind Inf / Order New trial
END INTERVAL TWO — KEY DATE — APPLICABLE: Dismissal / Pled guilty (After N.G.) / Nolo (After nolo) / Trial (voir dire) began

SUPERSEDING COUNTS  ☐ JURY  ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD / Nolle Pros. | FINAL CHARGES DISMISSED: on S.T. grounds ☐ W.P. ☐ WOP / on def motion / on gov't motion

## III. MAGISTRATE

Search Warrant: Issued / Return
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest | OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION OR REMOVAL HEARING: Date Scheduled ▶ / Date Held ▶
☐ WAIVED  ☐ NOT WAIVED  Tape Number
☐ INTERVENING INDICTMENT

OUTCOME: ☐ DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

RULE  20  21  40  In  Out

## IV. ATTORNEYS

U.S. Attorney or Asst.

**Stephen Cooper**

Defense: 1 ☒ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

Daniel Callahan
SCHENDEL & CALLAHAN
P. O. Box 2137
Fairbanks, Alaska 99707

*forfeiture of $500.00 to U.S. Treasury*

### BAIL • RELEASE

**PRE-INDICTMENT**
Release Date
Bail Denied ☐ Fugitive ☐ Pers. Rec.
AMOUNT SET $ ☐ PSA
Date Set  Conditions: ☐ 10% Dep. ☐ Surety Bnd
☐ Bail Not Made  ☐ Collateral
Date Bond Made  ☐ 3rd Prty ☐ Other

**POST-INDICTMENT**
Release Date
Bail Denied ☐ Fugitive ☐ Pers. Rec.
AMOUNT SET $ ☐ PSA
Date Set  Conditions: ☐ 10% Dep. ☐ Surety Bnd
☐ Bail Not Made  ☐ Collateral
Date Bond Made  ☐ 3rd Prty ☐ Other

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS | Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

## V. PROCEEDINGS

**1983**

| Date | Doc# | Entry |
|---|---|---|
| APR 27 | 1 | Fld information |
| MAY 02 | | Issued summons |
| MAY 02 | 2 | Fld referral to Mag.  cc: Mag. |
| 02 | 3 | Fld MIN/ORDER - setting arraign for 5/13/83 at 11:00a.m.  cc: AUSA, Mag., Prob., deft |
| MAY 03 | 4 | Fld executed summons, serv on deft 5/3/83 |
| MAY 13 | 5 | Fld Order specifying methods & conds of rel |
| 13 | 5a | Fld deft's appearance bond in the amount of $500 cash |
| MAY 16 | 6 | Fld MIN/CT - bail set at 500.00; pretrial mos due 5/12/83 at 10:00 a.m.; based upon the deft's failure to call the Prob. office it is ordered that the $100.00 shall be forfeited |
| 16 | 7 | Fld CJA 20 - appting cnsl Dan Callahan |
| 16 | 8 | Fld Order regarding preparation for trial |
| MAY 24 | 9 | Fld MIN/ORDER - trial by ct set for 7/5/83 at 9:00a.m.  cc: cnsl, Marshal, Prob. |
| Jun 08 | 10 | Fld Motion for entry of default judgment |
| Jun 09 | 11 | Fld Judgment of default |
| Jun 16 | 12 | Fld deft's demand for notice of alibi defense |
| Jun 20 | 13 | Fld report of conference |
| Jun 20 | 14 | Fld Motion for order foreshortening time for govt's notice of counter-alibi witnesses and Lodged Order |
| JUN 24 | 15 | Fld MIN/ORDER - trial set for 7/5/83 is vacated & reset for 7/11/83 at 9:00 a.m.  called cnsl |
| JUN 29 | 16 | Fld MIN/ORDER - trial reset for 7/11/83, pltf can file it's notice of counter-alibi witnesses before 10 days from the date of trial, pltf's mo to foreshorten time is dismissed as mmot.  cc: cnsl |
| JUL 5 | 17 | Fld deft's mo for cont |
| 5 | 18 | Fld deft's affidavit of Daniel L. Callahan |
| 5 | | Lodged Order |
| JUL 7 | 19 | Fld MIN/ORDER - deft's mo for cont is denied for insufficient showing  cc: cnsl |
| ~~SEPT 23~~ | ~~20~~ | ~~Fld deft's appt of atty - Dan Callahan CJA 20~~ |

LETTER CODES
For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]
A  Exam or hearing for mental/physical incapacity (18 USC...) [(1)(A)]
B  NARA exam (18 USC 2902) [(1)(B)]
C  State/Fed.l proceedings on other charges [(1)(D)]
D  Interlocutory appeal [(1)(E)]
E  Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F  Transfer from other district per FRCrP 20,21 or 40 or Mag. Rule 6a [(1)(G)]
G  Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H  Misc. proceedings: arraignment, parole/ probation, revocation, Deportation, extradition [(1)]
5  Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6  Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
7  Consideration by Court of proposed plea agreement [(1)(I)]
I  Prosecution deferred by mutual agreement [(2)]
M  Unavailability of defendant or essential witness [(3)(A,B)]
N  Period of mental/physical Incompetence of def. to stand trial [(4)]
O  Period of NARA commitment/treatment [(5)]
P  Superseding indictment and/or new charges [(6)]
R  Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T  Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1  Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]
T2  Case unusual or complex [(8)(B,ii)]
T3  Indictment following arrest can't be filed in 30 days [(8)(B,i)]
T4  Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U  Time up to withdrawal guilty plea, 3161(i)
W  Grand jury indictment time extended 30 more days, 3161(b)

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 1983 JUL 08 | (20) Fld pltf's oppos to deft Curtis' mo for cont | |
| JUL 11 | (21) Fld MIN/CT - CR Court trial; findings of fact placed on record; Judgment, guilty of Ct I & Ct II not proved and ordered dism; mo for judgment of acquittal denied; impos of sent: deft to be given credit for $100 bond money previously forfeited & fined $500.00 cc: cnsl | |
| 11 | (22) Fld JUDGMENT & PROBATION/COMMITMENT ORDER cc: cnsl, Prob., Marshal, deft | |
| JUL 25 | (23) Fld ORDER exonerating bond cc: cnsl & financial deputy | |
| SEPT 23 | (24) Fld CJA 20 appt atty - Dan Callahan | |
| 1986 AUG 18 | (25) Fld pltf's cert cy of affid & request for issuance of Writ of Execution | |
| 18 | (26) Fld pltf's cert cy of creditor's affid | |
| 18 | Issued Writ of Execution | |
| 1987 FEB 17 | (27) Fld Unsatisfied Writ of Execution | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |

AO 256A

| Interval | Start Date | End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET — U. S. vs

CURTIS, EARLE A.

AO 256A

F83-0016 CR
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1996 March 1 | (28) FILED US Ex Parte Motion for Remission of Criminal Fines | | | | |
| 1 | (--) Lodged order | | | | |
| March 20 | (29) FILED Order for Remission of Criminal Fines - granting. cc: USA/USPO | | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |